IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 4:12-CV-195-D

CORY BRYANT for )
CHARISE FISHER, deceased, )
)
          Plaintiff, )
)
v. )         **ORDER**
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
          Defendant. )

This matter is before the court on plaintiff's application [D.E. 1] to proceed in forma pauperis under 28 U.S.C. § 1915, which permits an indigent litigant to commence suit in federal court without paying administration costs associated with such proceedings. Plaintiff has demonstrated appropriate evidence of inability to pay the required court costs. Accordingly, plaintiff's application is allowed.

On August 24, 2012, plaintiff also filed a motion to substitute party [D.E. 2]. Plaintiffs's motion to substitute party is GRANTED. See Fed. R. Civ. P. 25(a).

The clerk is directed to file the complaint and issue the summons prepared by plaintiff. The U.S. Marshal is directed to serve the summons and a copy of the complaint on defendant.

SO ORDERED. This 7 day of September 2012.

                                           JAMES C. DEVER III
                                           Chief United States District Judge