AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### EASTERN DIVISION

CORY BRYANT, on behalf of  )
Charise Fisher (Deceased),  )
      Plaintiff,  )
  )
v.  )
  )
  )     **JUDGMENT**
CAROLYN W. COLVIN,  )     **CASE NO. 4:12-CV-195-D**
*Acting Commissioner of Social Security*,  )
      Defendant.  )

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court adopts the Memorandum and Recommendations [D.E. 29]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 18] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 26] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MARCH 4, 2014,** WITH A COPY TO:

Derrick Arrowood (via CM/ECF electronic notification)
Cassia W. Parson (via CM/ECF electronic notification)

| March 4, 2014 | JULIE A. RICHARDS, Clerk |
|---|---|
| Date | Eastern District of North Carolina |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |